| | | | |
|---|---|---|---|
| Com. v. Hynson[25] .. | 03/15/2016857 MAL (2015) | Denied | Pa.Super., 133 A.3d 65 |
| Com. v. Ingram .... | 03/16/2016478 WAL (2015) | Denied | Pa.Super., 134 A.3d 485 |
| Com. v. Inman[26] ... | 03/08/2016729 MAL (2015) | Denied | Pa.Super., 133 A.3d 68 |
| Com. v. Johnson[27].. | 03/08/2016374 WAL (2015) | Denied | Pa.Super., 120 A.3d 1047 |
| Com. v. Jordan[28] ... | 03/22/2016602 EAL (2015) | Denied | Pa.Super., 125 A.3d 55 |
| Com. v. Laboy[29].... | 03/22/2016872 MAL (2015) | Denied | Pa.Super., 134 A.3d 104 |
| Com. v. Lopez[30].... | 03/03/2016570 EAL (2015) | Denied | Pa.Super., 131 A.3d 104 |
| Com. v. Lynch[31].... | 03/15/2016732 MAL (2015) | Denied | Pa.Super., 131 A.3d 85 |
| Com. v. Martin[32] ... | 03/15/2016950 MAL (2015) | Denied | Pa.Super., 131 A.3d 94 |
| Com. v. Mason[33] ... | 03/08/2016535 EAL (2015) | Denied | Pa.Super., 131 A.3d 87 |

25. Justice EAKIN did not participate in the decision of this matter.

26. Justice EAKIN did not participate in the consideration or decision of this matter.

27. Justice EAKIN did not participate in the consideration or decision of this matter.

28. Justice WECHT did not participate in the consideration or decision of this matter.

29. Justice WECHT did not participate in the consideration or decision of this matter.

30. Justice EAKIN did not participate in the consideration or decision of this matter.

31. Justice EAKIN did not participate in the consideration or decision of this matter.

32. Justice EAKIN and DONOHUE did not participate in the consideration or decision of this matter.

33. Justice EAKIN and DONOHUE did not participate in the consideration or decision of this matter.